Jonathan D. Miller (Bar No. 220848)
jonathan@nps-law.com
Alison M. Bernal (Bar No. 264629)
alison@nps.law.com
NYE, PEABODY, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

Attorney for Defendants, HENRY YANG and MARGARET KLAWUNN

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

John Doe,

Plaintiff,

v.

MARGARET KLAWUNN, in her individual and official capacities as Vice Chancellor for Student Affairs for University of California, Santa Barbara; HENRY T. YANG, in his individual and official capacities as Chancellor of University of California Santa Barbara, and DOES 1 through 50;

Defendants.

CASE NO.: 2:17 CV 07281 SVW (ASx)

**JOINT STATUS REPORT**

Trial Date: None set

Plaintiff John Doe ("Plaintiff") and Defendants Margaret Klawunn and Henry Yang ("Defendants") respectfully submit the following status report, in accordance with the Court's November 29, 2017, Order (Dkt. 16).

1. On November 29, 2017, this Court ordered the present case stayed pending resolution of the state court proceeding entitled *Doe v. Klawunn, et al.*, Santa Barbara Superior Court case no. 16CV04867 and California Court of Appeal case no. B283229.

2. The Court ordered the parties to prepare and file a status report beginning on December 20, 2017, and continuing for every 30 days thereafter until

NYE, PEABODY, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, PEABODY, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the Court lifts the stay. Dkt. 16.

3. The status of the state court proceeding is as follows:

a. On November 21, 2017, Defendants/Respondents Margaret Klawunn, Henry Yang, and The Regents of the University of California filed their Respondents' Brief.

b. On January 26, 2018, Plaintiff/Appellant filed his Reply Brief.

c. On April 16, 2018, the California Court of Appeal set the case for oral argument. Oral argument was originally set on May 9, 2018, at 1:30 p.m.

d. Due to conflicts with counsels' schedule, the Court of Appeal continued oral argument. Oral argument is now set for July 11, 2018, at 1:30 p.m.

4. The parties will further update the Court as to the status of the state court proceeding in their next joint status report.

Dated: June 21, 2018

NYE, PEABODY, STIRLING, HALE & MILLER, LLP

By: /S/
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
Attorney for Defendants, HENRY YANG and MARGARET KLAWUNN

Dated: June 21, 2018

LEADER & BERKON, LLP

By: /S/
Arthur Willner, Esq.
Attorney for Plaintiff, JOHN DOE

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/
Alison M. Bernal