Jonathan D. Miller (Bar No. 220848)
jonathan@nps-law.com
Alison M. Bernal (Bar No. 264629)
alison@nps.law.com
NYE, PEABODY, STIRLING, HALE & MILLER, LLP
33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345
Facsimile: (805) 563-5385

Attorney for Defendants, HENRY YANG and MARGARET KLAWUNN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET KLAWUNN, in her individual and official capacities as Vice Chancellor for Student Affairs for University of California, Santa Barbara; HENRY T. YANG, in his individual and official capacities as Chancellor of University of California Santa Barbara, and DOES 1 through 50;<br><br>    Defendants. | CASE NO.: 2:17 CV 07281 SVW (ASx)<br><br>**JOINT STATUS REPORT**<br><br>Trial Date: None set |

    Plaintiff John Doe ("Plaintiff") and Defendants Margaret Klawunn and Henry Yang ("Defendants") respectfully submit the following status report, in accordance with the Court's November 29, 2017, Order (Dkt. 16).

    1.    On November 29, 2017, this Court ordered the present case stayed pending resolution of the state court proceeding entitled *Doe v. Klawunn, et al.*, Santa Barbara Superior Court case no. 16CV04867 and California Court of Appeal case no. B283229.

    2.    The Court ordered the parties to prepare and file a status report beginning on December 20, 2017, and continuing for every 30 days thereafter until

1

the Court lifts the stay. Dkt. 16.

3. The status of the state court proceeding is as follows:

    a. On September 11, 2017, Plaintiff filed his opening appellate brief with the Second District Court of Appeal.

    b. On November 21, 2017, Defendants Margaret Klawunn, Henry Yang, and The Regents of the University of California filed their response brief.

    b. On January 26, 2018, Plaintiff filed his reply brief.

    c. On July 11, 2018, the Court of Appeal heard oral argument.

    d. On October 9, 2018, the Court of Appeal issued its opinion reversing the trial court's decision denying Plaintiff's petition for writ of mandate.

    e. The Court of Appeal's decision became final on November 8, 2018. (Cal. R. Ct. 8.264.)

    f. The parties are not pursuing a further appeal. (Cal. R. Ct. 8.264.)

    g. The Court of Appeal will issue remittitur on or about December 10, 2018, after which the case will be remanded back to the Superior Court with instructions to grant Plaintiff's petition for a writ of mandate.

4. The parties will further update the Court as to the status of the state and appellate court proceedings in their next joint status report.

Dated: November 27, 2018    NYE, PEABODY, STIRLING, HALE & MILLER, LLP

By:   /S/
Jonathan D. Miller, Esq.
Alison M. Bernal, Esq.
Attorney for Defendants, HENRY YANG and MARGARET KLAWUNN

*Signatures Continued on Following Page*

2

Dated: November 27, 2018          LEADER & BERKON, LLP

                                  By:   /S/
                                        Arthur Willner, Esq.
                                        Attorney for Plaintiff, JOHN DOE


Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

                                        /s/
                                        Jonathan D. Miller